United States District Court
Southern District of Texas

**ENTERED**

March 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EDY GUERRA HERNANDEZ, <br>      Petitioner, | § <br> § <br> § <br> § <br> § | CIVIL ACTION NUMBER <br> 4:26-cv-01001 |
| versus | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| MARTIN FRINK, *et al*, <br>      Respondents. | § <br> § <br> § | |

**ORDER**

Petitioner Edy Guerra Hernandez filed a petition for writ of *habeas corpus* under 28 USC §2241 on February 6, 2026. Dkt 1. He acknowledges illegal entry into the United States at a prior date but nonetheless asserts that his present detention under 8 USC §1225(b) violates (i) the Fourth Amendment, (ii) the Immigration and Nationality Act, and (iii) the Due Process Clause of the Fifth Amendment. Id at ¶¶10, 23–37.

Prior order indicated that the arguments presented by Petitioner in the petition appeared to raise only issues previously resolved in the cited decisions, and as such, Respondents weren't ordered to show cause order at that time. Dkt 4. Petitioner was instead given an opportunity to make a further filing with additional authorities or distinguishing facts not considered in the rulings cited on prior dismissals.

Petitioner in response presents certain additional arguments that he contends render his present detention unconstitutional as applied to him. Dkt 6. Such arguments raise somewhat novel issues not clearly resolved by those prior decisions. He is thus entitled to a show-cause order pursuant to 28 USC §2243.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention.

Such filing must be made by March 27, 2026, absent extension.

Petitioner may file any reply by April 1, 2026.

Hearing will be set if determined necessary after briefing closes. But a hearing will be set upon affirmative request by either party, either by Zoom or in person.

SO ORDERED.

Signed on March 20, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge